IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGORY ROBERT THOMPSON,<br><br>              Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN<br>Acting Commissioner of Social Security,<br><br>              Defendant. | CIVIL ACTION<br>NO. 12-3806 |

## ORDER

**AND NOW**, this 30th day of November 2015, upon consideration of Plaintiff's request for review, and after review of the Report and Recommendation filed by Chief United States Magistrate Judge Carol Sandra Moore Wells (Doc. No. 26), it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiff's request for review is **GRANTED**, and the case is **REMANDED** to the Commissioner of Social Security, pursuant to sentence six of 42 U.S.C. § 405(g) and pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings consistent with Chief United Magistrate Judge Carol Sandra Moore Wells' Report and Recommendation; and

3. Judgment is entered in favor of Plaintiff, and against the Commissioner of the Social Security Administration.

                                                    BY THE COURT:

                                                    JOEL H. SLOMSKY, J.